## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cox, Hattie | Case Number:  05 B 43850 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  10/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  November 20, 2008

Confirmed:  November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,341.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 11,735.04 |
| Priority: | | 0.00 |
| Administrative: | | 2,044.00 |
| Trustee Fee: | | 780.96 |
| Other Funds: | | 781.00 |
| Totals: | 15,341.00 | 15,341.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,044.00 | 2,044.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Specialized Management Consultants | Unsecured | 358.77 | 478.08 |
| 4. | Resurgent Capital Services | Unsecured | 2,641.65 | 3,520.14 |
| 5. | Resurgent Capital Services | Unsecured | 2,639.25 | 3,516.95 |
| 6. | B-Line LLC | Unsecured | 136.74 | 0.00 |
| 7. | Resurgence Financial LLC | Unsecured | 3,166.75 | 4,219.87 |
| 8. | SPS Payment Systems | Secured | | No Claim Filed |
| 9. | Fingerhut | Unsecured | | No Claim Filed |
| 10. | First National Fund | Unsecured | | No Claim Filed |
| 11. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 12. | First Bank | Unsecured | | No Claim Filed |
| 13. | Chaet Kaplan Firm | Unsecured | | No Claim Filed |
| 14. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| | | | $ 10,987.16 | $ 13,779.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 86.43 |
| 5% | 26.05 |
| 4.8% | 233.42 |
| 5.4% | 291.14 |
| 6.5% | 143.92 |
| | $ 780.96 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cox, Hattie

Printed: 12/23/08

Case Number:  05 B 43850

Judge:  Wedoff, Eugene R

Filed:  10/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

